Certificate Number: 05781-TXS-DE-041683517

Bankruptcy Case Number: 26-37347

05781-TXS-DE-041683517

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 16, 2026, at 5:52 o'clock AM PST, Noe Guerrero completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Texas.

Date: November 16, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President